IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

CV205-155

Gerold Lee Davis, #89907-071,

    Petitioner,

v.

United States of America,

    Respondent.

C/A No. 0:05-1665-GRA-BM

**ORDER**

(Written Opinion)

    This matter is before the Court for review of the magistrate's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(c), D.S.C., and filed June 20, 2005. Petitioner brings this suit pursuant to 28 U.S.C. § 2241. The magistrate recommends that the case be transferred to the United States District Court for the Southern District of Georgia. For the following reasons, the Court accepts the recommendation of the magistrate.

    Petitioner brings this motion *pro se*. This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir.), *cert. denied*, 439 U.S. 970 (1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *Cruz v. Beto*, 405 U.S. 319 (1972).

    The magistrate makes only a recommendation to this Court. The

1

recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Matthews v. Weber*, 423 U.S. 261, 270-71 (1976). The Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the Court may accept, reject or modify, in whole or in part, the recommendation of the magistrate, or recommit the matter to him with instructions. 28 U.S.C. § 636(b)(1). In the absence of objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983). Objections to the Report and Recommendation have not been filed.

After a review of the magistrate's Report and Recommendation, this Court finds the report is based upon the proper law. Accordingly, the Report and Recommendation is accepted and adopted.

IT IS THEREFORE ORDERED that this action be transferred to the United States District Court for the Southern District of Georgia.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

July  20 , 2005

## NOTICE OF RIGHT TO APPEAL

Petitioner has the right to appeal this Order within sixty (60) days from the

2

date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.

3

CLOSED, HABEAS

# U.S. District Court
## District of South Carolina (Rock Hill)
### CIVIL DOCKET FOR CASE #: 0:05-cv-01665-GRA

Davis v. United States of America  
Assigned to: Honorable G Ross Anderson, Jr  
Cause: 28:2241 Petition for Writ of Habeas Corpus (Federal)

Date Filed: 06/16/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Gerold Lee Davis**  represented by  **Gerold Lee Davis**  
Jesup Federal Correctional Institution  
2680 Hwy 301 South  
Jesup, GA 31599  
PRO SE

V.

**Respondent**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2005 | 1 | PETITION for Writ of Habeas Corpus; Houston v. Lack date 6/1/05, filed by Gerold Lee Davis.(ljon) (Entered: 06/16/2005) |
| 06/20/2005 | 3 | ORDER directing petitioner to notify the clerk in writing of any change of address. Signed by Judge Bristow Marchant on 6/20/05. (ljon) (Entered: 06/21/2005) |
| 06/20/2005 | 4 | REPORT AND RECOMMENDATIONS re 1 Petition for Writ of Habeas Corpus filed by Gerold Lee Davis, that this case be transferred to the Southern District of Georgia. Objections to R&R due by 7/11/2005. Signed by Judge Bristow Marchant on 6/20/05. (ljon) (Entered: 06/21/2005) |
| 07/21/2005 | 5 | ORDER ADOPTING REPORT AND RECOMMENDATIONS Signed by Judge G Ross Anderson Jr on 7/21/05. (ahen, ) (Entered: 07/21/2005) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 07/27/2005 14:52:54 |

| PACER Login: | us4506 | Client Code: | |
| --- | --- | --- | --- |
| Description: | Docket Report | Search Criteria: | 0:05-cv-01665-GRA |
| Billable Pages: | 1 | Cost: | 0.08 |